**DUANE MORRIS LLP**
Richard L. Seabolt (CA SBN 67469)
rlseabolt@duanemorris.com
Patrick S. Salceda (CA SBN 247978)
psalceda@duanemorris.com
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3084
Facsimile: (650) 618-2713

**DESMARAIS LLP**
John M. Desmarais (NY SBN 2261782)
Admitted *Pro Hac Vice*
jdesmarais@desmaraisllp.com
Tamir Packin (NY SBN 317249)
tpackin@desmaraisllp.com
C. Austin Ginnings (NY SBN 4986691)
Admitted *Pro Hac Vice*
aginnings@desmaraisllp.com
Lindsey Miller (NY SBN 5095740)
Admitted *Pro Hac Vice*
lmiller@desmaraisllp.com
230 Park Avenue
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

*Attorneys for Defendant*
CISCO SYSTEMS, INC.

K. Lee Marshall (SBN 277092)
Alexandra C. Whitworth (SBN 303046)
**BRYAN CAVE LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4078
Telephone: (415) 675-3444
Facsimile: (415) 675-3434
klmarshall@bryancave.com
alex.whitworth@bryancave.com

J. Bennett Clark (*pro hac vice*)
Daniel A. Crowe (*pro hac vice*)
**BRYAN CAVE LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
ben.clark@bryancave.com
dacrowe@bryancave.com

Joseph J. Richetti (*pro hac vice*)
**BRYAN CAVE LLP**
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
erik.kahn@bryancave.com
joseph.richetti@bryancave.com

*Attorneys for Plaintiff*
XPERTUNIVERSE, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| XPERTUNIVERSE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Case No. 3:17-cv-03848-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON EARLY MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to Civil L.R. 6-1(b), 6-2(b) and 7-12, Plaintiff XpertUniverse, Inc. ("XU") and Defendant Cisco Systems, Inc. ("Cisco"), by and through their undersigned counsel, hereby stipulate, subject to the Court's approval and availability, to continue the Motion Hearing on XU's Motion for Partial Summary Judgment on Invalidity Collateral Estoppel (Dkt. No. 58) and Cisco's Motion for Judgment on the Pleadings Under 35 U.S.C. Section 101 (Dkt. No. 60) (the "Hearing") from April 5, 2018 at 1:30 PM to April 12, 2018 at 1:30 PM.

Pursuant to the Case Management Scheduling Order entered by the Court on November 14, 2017, the Hearing was originally scheduled to proceed on March 29, 2018 at 1:30 PM. (Dkt. No. 52) However, on February 15, 2018, the day the parties filed their respective motions, the Clerk continued the Hearing to April 5, 2018 at 1:30 PM. (Dkt. No. 59). Unfortunately, counsel for Cisco is unavailable on April 5, 2018.

On February 16, 2018, the parties met and conferred and agreed, subject to the Court's approval and availability, to continue the Hearing from April 5, 2018 to April 12, 2018 at 1:30 PM.

No previous time modifications have occurred in the case, whether by stipulation or Court order. Moreover, the requested time modification will not impact on any other scheduled deadlines in the case.

Dated: February 20, 2018

Respectfully Submitted,

By: /s/ Patrick S. Salceda

Richard L. Seabolt
Patrick S. Salceda
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: (415) 957-3084
Fax: (650) 618-2713
rlseabolt@duanemorris.com
psalceda@duanemorris.com

*Of Counsel:*

John M. Desmarais (Admitted *pro hac vice*)
Tamir Packin (Admitted *pro hac vice*)
C. Austin Ginnings (Admitted *pro hac vice*)
Lindsey Miller (Admitted *pro hac vice*)

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON EARLY MOTIONS FOR SUMMARY JUDGMENT
Case No. 3:17-cv-03848-RS

DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
jdesmarais@desmaraisllp.com
tpackin@desmaraisllp.com
aginnings@desmaraisllp.com
lmiller@desmaraisllp.com

*Attorneys for Defendant Cisco Systems, Inc.*

Dated: February 20, 2018      By:    */s/ K. Lee Marshall*

K. Lee Marshall (SBN 277092)
Alexandra C. Whitworth (SBN 303046)
BRYAN CAVE LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4078
Telephone: (415) 675-3444
Facsimile: (415) 675-3434
klmarshall@bryancave.com
alex.whitworth@bryancave.com

J. Bennett Clark (pro hac vice)
Daniel A. Crowe (pro hac vice)
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
ben.clark@bryancave.com
dacrowe@bryancave.com

Joseph J. Richetti (pro hac vice)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
erik.kahn@bryancave.com
joseph.richetti@bryancave.com

*Attorneys for Plaintiff XpertUniverse, Inc.*

# [~~PROPOSED~~] ORDER

Having considered Plaintiff XpertUniverse, Inc.'s and Defendant Cisco Systems, Inc.'s Stipulation Continuing the Hearing on Early Motions for Summary Judgment, the Court hereby orders as follows:

The Court GRANTS the parties Stipulation Continuing the Hearing on Early Motions for Summary Judgment. The Hearing on Early Motions for Summary Judgment will occur on April 12, 2018 at 1:30 PM.

**IT IS SO ORDERED**.

Dated: 2/20/18

_____
HONORABLE RICHARD SEEBORG
United States District Judge