K. Lee Marshall (SBN 277092)
Alexandra C. Whitworth (SBN 303046)
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4078
Telephone: (415) 675-3444
Facsimile: (415) 675-3434
klmarshall@bclplaw.com
alex.whitworth@bclplaw.com

J. Bennett Clark (*pro hac vice*)
Daniel A. Crowe (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
ben.clark@bryancave.com
dacrowe@bryancave.com

Joseph J. Richetti (*pro hac vice*)
Alexander D. Walden (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
joe.richetti@bclplaw.com
alexander.walden@bclplaw.com

*Attorneys for Plaintiff XpertUniverse, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XPERTUNIVERSE, INC.,<br>a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.,<br>A California Corporation<br><br>　　　　　Defendant. | Case No. 17-cv-3848-RS<br><br>Hon. Richard Seeborg<br><br>ORDER<br>**JOINT STIPULATION REGARDING CLAIM CONSTRUCTION BRIEFING SCHEDULE** |

# JOINT STIPULATION

Plaintiff XpertUniverse, Inc. ("XU") and Defendant Cisco Systems, Inc. ("Cisco"), by and through their respective counsel of record, hereby enter into the following stipulation regarding the Claim Construction briefing schedule:

1. A Claim Construction hearing is scheduled for July 27, 2018;

2. Pursuant to a prior stipulation, XU's Opening Brief was due May 21, 2018; Cisco's Responsive Brief was due June 11, 2018; and XU's Reply Brief is due June 18, 2018.

3. Due to conflicts of counsel, XU has asked Cisco for a four-day extension to file its Reply Brief, now making it due on June 22, 2018. Cisco agreed to this request.

4. Given that the claim construction hearing is not until July 27, 2018, the Parties do not believe that this short extension will cause any disruption for the Parties or the Court.

Accordingly, the Parties stipulate, subject to the Court's approval, that XU shall have an additional four days, through and including June 22, 2018, to file its Claim Construction Reply Brief.

**IT IS SO STIPULATED.**

Dated: June 14, 2018

By: _/s/ Alexander Walden_　　　　　　By: _/s/ Lindsey Miller_

Alexander Walden　　　　　　　　　　　Lindsey Miller

*Attorneys for Plaintiff XpertUniverse, Inc.*　　　*Attorneys for Defendant Cisco Systems, Inc.*

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4078

# ATTESTATION

Pursuant to L.R. 5-1, I, Alexander Walden, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: June 14, 2018     By:   /s/ Alexander Walden
                                             Alexander Walden

*Attorneys for Plaintiff XpertUniverse, Inc.*

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' stipulation, and for good cause showing, Plaintiff XpertUniverse Inc.'s Claim Construction Reply shall be due June 22, 2018.

Dated: 6/14/18

_/s/ Richard Seeborg_

Hon. Richard Seeborg
United States District Judge