John M. Desmarais (CA SBN 320875)
Emily H. Chen (CA SBN 302966)
Michael R. Rhodes (CA SBN 319432)
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Tamir Packin (CA SBN 317249)
Jordan N. Malz (*pro hac vice*)
Lindsey Miller (*pro hac vice*)
Wen Xue (*pro hac vice*)
Ryan T. Lawson (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

*Counsel for Defendant Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| XpertUniverse, Inc.,<br>Plaintiff,<br>v.<br>Cisco Systems, Inc.,<br>Defendant. | Case No. 03:17-cv-03848-RS<br>Hon. Richard Seeborg<br>**JOINT SIPULATION REGARDING CASE SCHEDULE** AS MODIFIED BY THE COURT |

Defendant Cisco Systems, Inc. ("Cisco") and plaintiff XpertUniverse, Inc. ("XU"), by and through their respective counsel of record, hereby enter into the following joint stipulation regarding the case schedule in this matter:

1. The Court issued a claim construction order on November 25, 2019 (D.I. 183);
2. The Court has not issued a schedule for any case events after claim construction; and
3. The parties have conferred about a post-claim-construction case schedule.

Accordingly, the parties stipulate, subject to the Court's approval, to the following case schedule:

| Event | Proposed Deadline |
|---|---|
| Exchange Terms/Custodians/Time-Frames For E-mail Productions | February 28, 2020 |
| XU Opposition to Cisco's Motion to Amend Answer | March 13, 2020 |
| Exchange Number of Hits For E-mail Requests | March 16, 2020 |
| Cisco's Reply for Motion to Amend Answer | April 3, 2020 |
| Hearing on Cisco's Motion to Amend Answer | April 30, 2020 (or a date thereafter at the Court's convenience) |
| Parties to Substantially Complete E-mail Productions | May 21, 2020 |
| Close of Fact Discovery | August 14, 2020 |
| Opening Expert Reports (for party with burden of proof) | September 10, 2020 |
| Deadline To Conduct Mediation | September 16, 2020 |
| Rebuttal Expert Reports | October 27, 2020 |
| Close of Expert Discovery | November 19, 2020 |
| Summary Judgment Motions | December 17, 2020 |
| Summary Judgment Oppositions | January 28, 2021 |
| Summary Judgment Replies | February 25, 2021 |
| Hearing on Summary Judgment | March 25, 2021 (or a date thereafter at the Court's convenience) |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 13, 2020 | |
| 2 | By: */s/ Tamir Packin* | By: */s/ Alexander D. Walden* |
| 3 | Tamir Packin | Alexander D. Walden |
| 4 | John M. Desmarais (CA SBN 320875)<br>Michael R. Rhodes (CA SBN 319432)<br>Emily H. Chen (CA SBN 302966) | K. Lee Marshall (CA SBN 277092)<br>Alexandra C. Whitworth (CA SBN 303046)<br>BRYAN CAVE LEIGHTON PAISNER LLP |
| 5 | DESMARAIS LLP<br>101 California Street | Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4078 |
| 6 | San Francisco, CA 94111<br>Tel: (415) 573-1900 | Telephone: (415) 675-3444<br>Facsimile: (415) 675-3434 |
| 7 | Fax: (415) 573-1901 | klmarshall@bclplaw.com<br>alex.whitworth@bclplaw.com |
| 8 | Tamir Packin (CA SBN 317249) | |
| 9 | Jordan N. Malz (*pro hac vice*)<br>Lindsey Miller (*pro hac vice*) | J. Bennett Clark (*pro hac vice*)<br>Daniel A. Crowe (*pro hac vice*) |
| 10 | Wen Xue (*pro hac vice*)<br>Ryan T. Lawson (*pro hac vice*) | BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square |
| 11 | DESMARAIS LLP<br>230 Park Avenue | 211 North Broadway, Suite 3600<br>St. Louis, MO 63102 |
| 12 | New York, NY 10169<br>Tel: (212) 351-3400 | Telephone: (314) 259-2000<br>Facsimile: (314) 259-2020 |
| 13 | Fax: (212) 351-3401 | ben.clark@bclplaw.com<br>dacrowe@bclplaw.com |
| 14 | *Counsel for Defendant Cisco Systems, Inc.* | |
| 15 | | Joseph J. Richetti (*pro hac vice*)<br>Alexander D. Walden (*pro hac vice*) |
| 16 | | BRYAN CAVE LEIGHTON PAISNER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| 17 | | Telephone: (212) 541-2000<br>Facsimile: (212) 541-4630 |
| 18 | | joe.richetti@bclplaw.com<br>alexander.walden@bclplaw.com |
| 19 | | *Counsel for Plaintiff XpertUniverse, Inc.* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## **ATTESTATION**

Pursuant to L.R. 5-1, I, Michael R. Rhodes, hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: February 13, 2020

By: */s/ Michael R. Rhodes*
Michael R. Rhodes (CA SBN 319432)
Attorney for Defendant Cisco Systems, Inc.

**ORDER** AS MODIFIED BY THE COURT

Having considered the parties' joint stipulation regarding a case schedule, the following case schedule shall apply:

| Event | Deadline |
|---|---|
| Exchange Terms/Custodians/Time-Frames For E-mail Productions | February 28, 2020 |
| XU Opposition to Cisco's Motion to Amend Answer | March 13, 2020 |
| Exchange Number of Hits For E-mail Requests | March 16, 2020 |
| Cisco's Reply for Motion to Amend Answer | April 3, 2020 |
| Hearing on Cisco's Motion to Amend Answer | April 23, 2020 |
| Parties to Substantially Complete E-mail Productions | May 21, 2020 |
| Close of Fact Discovery | August 14, 2020 |
| Opening Expert Reports (for party with burden of proof) | September 10, 2020 |
| Deadline To Conduct Mediation | September 16, 2020 |
| Rebuttal Expert Reports | October 27, 2020 |
| Close of Expert Discovery | November 19, 2020 |
| Summary Judgment Motions | December 17, 2020 |
| Summary Judgment Oppositions | January 28, 2021 |
| Summary Judgment Replies | February 25, 2021 |
| Hearing on Summary Judgment | March 25, 2021 |

**IT IS SO ORDERED.**

DATED: 2/13/2020

Honorable Richard G. Seeborg
United States District Judge