UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XPERTUNIVERSE, INC.,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Case No.  17-cv-03848-RS

**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF CLAIM CONSTRUCTION ORDER**

XpertUniverse, Inc. ("XU") seeks leave to file a motion for reconsideration of this Court's Claim Construction Order based entirely on subsequent claim construction by the U.S. Patent and Trademark Office. Reconsideration is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (internal quotation marks and citation omitted). Upon review of the submissions by both XU and Cisco Systems, the motion for leave is denied.

**IT IS SO ORDERED**.

Dated: May 5, 2026

_____
RICHARD SEEBORG
Chief United States District Judge